■ BARBARA COOPER, Respondent-Appellant, v MARVIN COO-PER, Appellant-Respondent. — Order of the Supreme Court, Nassau County, entered June 10, 1983, affirmed, without costs or disbursements, for reasons set forth in the opinion of Justice McCaffrey at Special Term. Titone, J. P., Brown, Boyers and Eiber, JJ., concur.